# OF DEFENDANTS: 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

UNITED STATES OF AMERICA           CR. NO.: 9:23cr396

v.

SEALED INDICTMENT

A ___True___ BILL

___[signature]___
FOREPERSON

The within Indictment was received and sealed by the Court at ___1:30___ a.m./p.m/ on May ___23___, 2023.

☐ (Single-defendant case only): Upon the arrest of the defendant, it is ordered that the Indictment be unsealed.

☐ (Single and multi-defendant cases): When a named defendant is arrested, the United States Attorney is authorized to disclose an appropriately-redacted copy of the Indictment to the United States Magistrate Judge, that defendant, that defendant's attorney (if any), and the United States Probation Office. The Indictment is to remain sealed until further order of the Court.

All Bench Warrants and any documents related to service are to be issued under seal.

___[signature]___
UNITED STATES MAGISTRATE JUDGE

Charleston, South Carolina

___May 23___, 2023

RECEIVED
MAY 23 2023
FLORENCE, S.C.

- 1 -