RECORD OF GRAND JURY BALLOT

C/R  9:23cr396

UNITED STATES OF AMERICA v. RICHARD ALEXANDER MURDAUGH

(SEALED UNTIL FURTHER ORDER OF THE COURT)

RECEIVED

MAY 23 2023

FLORENCE, S.C.