IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 9:23cr 396 |
| | ) | |
| v. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| RICHARD ALEXANDER MURDAUGH | ) | |

The Clerk of Court is hereby directed to issue a warrant for the defendant, RICHARD ALEXANDER MURDAUGH, as requested by the United States Attorney. Amount and conditions of bond to be set by the judicial officer before whom the defendant initially appears.

_____
UNITED STATES MAGISTRATE JUDGE

Florence, South Carolina
May 23, 2023

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

**RECEIVED**

MAY 23 2023

FLORENCE, S.C.

By:  s/ Emily Limehouse
Emily Limehouse (#12300)
Assistant United States Attorney
151 Meeting Street
Post Office Box 978
Charleston, South Carolina 29402
Telephone: (843) 727-4381
Email Address: Emily.Limehouse@usdoj.gov