IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

UNITED STATES OF AMERICA            CRIMINAL NO.: 9:23cr396

vs.

**RICHARD ALEXANDER MURDAUGH**            **WRIT OF HABEAS CORPUS**
                                          **AD PROSEQUENDUM**

It appears that criminal charges have been filed against the defendant in the above entitled case. It further appears that the defendant, **RICHARD ALEXANDER MURDAUGH**, is presently incarcerated at McCormick. It is therefore

ORDERED that the Warden, or their authorized representative, deliver **RICHARD ALEXANDER MURDAUGH**, to the United States Marshals Service or other federal law enforcement officer from time to time as the defendant may be needed until the within action is concluded in its entirety. It is further

ORDERED that the United States Marshals Service or other federal law enforcement officer shall produce the defendant at such time and place as may be designated by the Court for proceedings in this case and upon the conclusion of this case, the said Marshal or other federal law enforcement officer shall return the defendant to his aforesaid place of confinement.

_____
UNITED STATES MAGISTRATE JUDGE

May 23, 2023

I SO MOVE:

EMILY LIMEHOUSE
UNITED STATES ATTORNEY

BY:   s/Emily Limehouse
      Emily Limehouse (#12300)
      Assistant United States Attorney
      151 Meeting Street, Suite 200
      Charleston, SC 29401
      Telephone: (843) 266-1600
      Email Address: Emily.Limehouse@usdoj.gov

**RECEIVED**

MAY 23 2023

FLORENCE, S.C.