IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. 9:23-cr-0396-RMG |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| **vs.** | ) | 18 U.S.C. § 1343 |
| | ) | 18 U.S.C. § 1344 |
| | ) | 18 U.S.C. § 1349 |
| | ) | 18 U.S.C. § 1956 |
| | ) | 18 U.S.C. § 981(a)(1)(A) |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| **RICHARD ALEXANDER MURDAUGH** | ) | 18 U.S.C. § 982(a)(1) |
| | ) | 18 U.S.C. § 982(a)(2) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| | ) | |

### UNITED STATES' MOTION TO UNSEAL INDICTMENT

NOW COMES the United States, by and through its undersigned counsel, and hereby moves this Court to unseal the Indictment in *United States v. Richard Alexander Murdaugh*, 9:23-cr-00395-RMG (*SEALED*).

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: *Emily Evans Limehouse*
Emily Evans Limehouse (Fed. ID #12300)
Kathleen Stoughton (Fed. ID #12161)
Winston D. Holliday, Jr. (Fed. ID #7597)
Assistant United States Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Tel.:    (843) 727-4381
Fax:    (843) 727-4443
Email: Emily.Limehouse@usdoj.gov