IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. 9:23-cr-0396-RMG |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| **vs.** | ) | 18 U.S.C. § 1343 |
| | ) | 18 U.S.C. § 1344 |
| | ) | 18 U.S.C. § 1349 |
| | ) | 18 U.S.C. § 1956 |
| | ) | 18 U.S.C. § 981(a)(1)(A) |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| **RICHARD ALEXANDER MURDAUGH** | ) | 18 U.S.C. § 982(a)(1) |
| | ) | 18 U.S.C. § 982(a)(2) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | |
| | ) | |

## ORDER TO UNSEAL INDICTMENT

This matter comes before the court on motion of the United States to unseal the Indictment in *United States v. Richard Alexander Murdaugh*, 9:23-cr-00396-RMG (*SEALED*).

It is therefore

ORDERED that the Indictment in *United States v. Richard Alexander Murdaugh*, 9:23-cr-00396-RMG be unsealed.

**IT IS SO ORDERED**.

 s/Richard M. Gergel
THE HONORABLE RICHARD M. GERGEL
UNITED STATES DISTRICT COURT JUDGE

May 24, 2023

Charleston, South Carolina