UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

UNITED STATES OF AMERICA

vs.

Richard Alexander Murdaugh

CASE NO.     9:23-cr-396

## PLEA

The Defendant, __Richard Alexander Murdaugh__, acknowledges receipt of a copy of the indictment and after arraignment pleads not guilty in open court.

_____
(Signed)     Defendant

5/31/23
Charleston, South Carolina