IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CRIMINAL NO. 9:23-cr-00396 |
| | ) | |
| | ) | 18 U.S.C. § 2 |
| **vs.** | ) | 18 U.S.C. § 1343 |
| | ) | 18 U.S.C. § 1344 |
| | ) | 18 U.S.C. § 1349 |
| | ) | 18 U.S.C. § 1956 |
| | ) | 18 U.S.C. § 981(a)(1)(A) |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| **RICHARD ALEXANDER MURDAUGH** | ) | 18 U.S.C. § 982(a)(1) |
| | ) | 18 U.S.C. § 982(a)(2) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | **NOTICE OF WAIVER OF RIGHTS** |
| | ) | **UNDER IADA** |
| | ) | |

Assistant United States Attorney, Emily Limehouse, hereby files this Notice of Waiver of Rights Under the Interstate Agreement on Detainers Act (IADA), 18 U.S.C. App. § 2 Art. IV(e).

The Defendant, Richard Alexander Murdaugh ("Defendant"), in the above captioned case has been advised that pursuant to this federal prosecution, a Detainer will be or has been filed against him. Once a Detainer is filed and the Defendant is thereafter transported to federal court, the defendant has the right under the Interstate Agreement on Detainers Act (IADA), 18 U.S.C. App. § 2 Art. IV(e), to remain in federal custody until final disposition of the charges against him. Having been informed of this right, the Defendant hereby expressly waives such right under said IADA, specifically, the right to remain in temporary federal custody pending the final disposition of the above captioned

case, and requests that the United State Marshal return him to the jurisdiction with original custody.

The Defendant in the above captioned case has also been advised that the IADA provides for the disposition of his case within certain time frames. Having been informed of this right, the Defendant hereby expressly waives such right under said IADA, and requests that the disposition of his case instead be governed exclusively by the Speedy Trial Act of 1974, Title 18 U.S.C. 3161.

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY


By:    *s/ Emily Limehouse*
Emily Evans Limehouse (Fed ID #12300)
Assistant U.S. Attorney
151 Meeting Street, Suite 200
Charleston, SC 29401
Phone: (843) 266-1663
Email Address: Emily.Limehouse@usdoj.gov


WE CONSENT:


_____          5 - 31 - 23
DEFENDANT NAME                 DATE


_____          5 - 31 - 23
ATTORNEY FOR DEFENDANT         DATE