AO 442 (Rev. 11/11) Arrest Warrant                                FID# 115565666

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

RECEIVED
P.M. 3:20 MAY 23, 2023

U.S. MARSHALS SERVICE
COLUMBIA, SOUTH CAROLINA

United States of America
v.
RICHARD ALEXANDER MURDAUGH

Case No. 9:23-cr-396

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  RICHARD ALEXANDER MURDAUGH,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2, 18 U.S.C. § 1343, 18 U.S.C. § 1344, 18 U.S.C. § 1349, 18 U.S.C. § 1956,
18 U.S.C. § 981(a)(1)(A), 18 U.S.C. § 981(a)(1)(C), 18 U.S.C. § 982(a)(1), 18 U.S.C. § 982(a)(2),
and 28 U.S.C. § 2461(c)

Date: May 23, 2023

City and state: Charleston, South Carolina

s/Chondra S. White
Deputy Clerk
*Issuing officer's signature*

ROBIN BLUME
CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* May 23, 2023, and the person was arrested on *(date)* 05-31-2023
at *(city and state)* Charleston, SC.

Date: 05-31-2023

Arrested by FBI SA Brian Womble
*Arresting officer's signature*

By: C. Wolf, SDUSM
*Printed name and title*