# EXHIBIT 5

**Johnny Parker**

| | |
|---|---|
| **From:** | Johnny Parker |
| **Sent:** | Monday, November 1, 2021 6:19 PM |
| **To:** | Jim Griffin |
| **Subject:** | Re: Sample - Confession of Judgment |

I can't believe he did that but don't think it matters to much except to Buster who is one of the worst victims.

Get Outlook for iOS

**From:** Jim Griffin <JGriffin@griffindavislaw.com>
**Sent:** Monday, November 1, 2021 6:13:23 PM
**To:** Johnny Parker <JParker@pmped.com>
**Subject:** RE: Sample - Confession of Judgment

**Caution:** This email came from outside the PMPED network. Use caution when clicking on links and attachments.

Johnny

I will try to get this signed tomorrow. FYI, Judge Hall sent the attorneys an email stating he was granting the motion for a receiver and injunction. There is no law to support the ruling, but Alex isn't going to get the benefit of any rulings for now.

Jim

**From:** Johnny Parker <JParker@pmped.com>
**Sent:** Monday, November 1, 2021 4:28 PM
**To:** Jim Griffin <JGriffin@griffindavislaw.com>
**Subject:** FW: Sample - Confession of Judgment

Please get Alex sign. Let me know if it is not agreeable. I am sending the complaint in a separate email. Thanks

**From:** Claudia Cartier <ccartier@pmped.com>
**Sent:** Monday, November 1, 2021 4:24 PM
**To:** Johnny Parker <JParker@pmped.com>
**Subject:** RE: Sample - Confession of Judgment

1

# Johnny Parker

| | |
|---|---|
| **From:** | Johnny Parker |
| **Sent:** | Tuesday, November 2, 2021 2:30 PM |
| **To:** | Jaime Harmon |
| **Cc:** | Jim Griffin |
| **Subject:** | RE: Sample - Confession of Judgment |

Thanks so much.

**From:** Jaime Harmon <JHarmon@griffindavislaw.com>
**Sent:** Tuesday, November 2, 2021 2:15 PM
**To:** Johnny Parker <JParker@pmped.com>
**Cc:** Jim Griffin <JGriffin@griffindavislaw.com>
**Subject:** FW: Sample - Confession of Judgment

You don't often get email from jharmon@griffindavislaw.com. Learn why this is important

**Caution:** This email came from outside the PMPED network. Use caution when clicking on links and attachments.

Good afternoon Mr. Parker,

Please find attached the executed Confession of Judgment.

I will drop the original in today's mail.



**Jaime Harmon**
**Legal Assistant**
**GRIFFIN DAVIS**

803 744 0800 o | 803 744 0805 f
4408 Forest Drive
Suite 300
Columbia, SC 29206
P.O. Box 999 (29202)

CONFIDENTIALITY NOTICE: This e-mail message is intended only for the personal and confidential use of the designated recipient(s) named above and may contain work product and/or attorney-client information, which is privileged, confidential or otherwise exempt from disclosure under applicable law. If you are not a named recipient, **YOU ARE HEREBY NOTIFIED** that any review, dissemination, distribution, disclosure or copying of this message and/or attachments is **STRICTLY PROHIBITED.** If you have received this e-mail message in error, please notify us immediately at the telephone number listed above to arrange for the return and/or deletion of the original message. Thank you for your cooperation.

**From:** Jim Griffin <JGriffin@griffindavislaw.com>
**Sent:** Tuesday, November 2, 2021 10:03 AM
**To:** Jaime Harmon <JHarmon@griffindavislaw.com>
**Subject:** FW: Sample - Confession of Judgment

1