# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America, | Criminal No.: 9:23-cr-00396-RMG |
| v. | **CONSENT MOTION TO EXCEED PAGE LIMITS** |
| Richard Alexander Murdaugh, | |
| Defendant. | |

Defendant Richard Alexander Murdaugh hereby moves for leave to file a reply to the Government's opposition to his motion for the immediate seizure of his own former assets to preserve them for the benefit of his victims that exceeds the page limits set forth in Local Crim. Rule 12.04(B)(2) (D.S.C.), by two pages, excluding the signature block.  The grounds for this motion are that the Government's response, including attached exhibits, was 141 pages and Mr. Murdaugh needs slightly more than 15 pages to response effectively.  Defendant's reply has no attachments or exhibits.

Prior to filing this motion undersigned counsel consulted with the attorney representing the Government, who indicated the Government consents to the relief sought herein.

Respectfully submitted,

s/Phillip D. Barber
Richard A. Harpootlian (Fed. ID No. 1730)
Phillip D. Barber (Fed. ID No. 12816)
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, SC 29201
(803) 252-4848
(803) 252-4810 (facsimile)
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

1

                                                                                     James M. Griffin, Fed. ID No. 1053
                                                                                     Margaret N. Fox, Fed. ID No. 10576
                                                                                     GRIFFIN HUMPHRIES, LLC
                                                                                     4408 Forest Dr., Suite 300 (29206)
                                                                                     P.O. Box 999 (29202)
                                                                                     Columbia, South Carolina
                                                                                     (803) 744-0800
                                                                                     jgriffin@griffinhumphries.com
                                                                                     mfox@griffinhumphries.com

                                                                                     ATTORNEYS FOR DEFENDANT RICHARD
                                                                                     ALEXANDER MURDAUGH

October 10, 2023
Columbia, South Carolina.