IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C/A No. 9:23-cr-00396-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD ALEXANDER MURDAUGH, | ) | |
| | ) | |
| Defendant. | ) | |

### REQUEST FOR PROTECTION

The undersigned Assistant United States Attorney respectfully requests protection from any court proceedings in this matter from March 4, 2024, through March 8, 2024. Counsel is scheduled for a jury selection in Spartanburg on March 5, 2024, and a trial immediately following.

Respectfully submitted,

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

*/s/Kathleen Michelle Stoughton*
Kathleen Michelle Stoughton (No. 12161)
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, SC 29201
Tel.:   (803) 929-3000
Fax:   (803) 929-3135
Email: Kathleen.Stoughton@usdoj.gov

January 9, 2024