

**UNITED STATES DEPARTMENT OF JUSTICE**
*United States Attorney's Office*
*District of South Carolina*

_____

| | | | |
|---|---|---|---|
| **Wells Fargo Building** | 151 Meeting Street | John L. McMillan Federal | One Liberty Square Bldg. |
| **Suite 500** | Suite 200 | Building, Room 222 | Suite 700 |
| **1441 Main Street** | Post Office Box 978 | 401 W. Evans Street | 55Beattie Place |
| **Columbia, SC 29201** | Charleston, SC 29402 | Post Office Box 1567 | Greenville, SC 29601 |
| **(803) 929-3000** | (843) 727-4381 | Florence, SC 29503 | (864) 282-2100 |
| **FAX (803) 254-2912** | FAX (843) 727-4443 | (843) 665-6688 | FAX (864) 233-3158 |
| | | FAX (843) 678-8809 | |

**Reply to: Columbia, SC**

January 24, 2024

<u>Via ECF</u>

The Honorable Richard M. Gergel
United States District Judge
85 Broad Street
Charleston, South Carolina 29401

RE:   Request for Protection
      *United States v. Richard Alexander Murdaugh*, No: 9:23-cr-00396-RMG

Judge Gergel:

On January 9, 2024, the undersigned filed a request for protection from any court proceedings in this matter from March 4 through March 8, 2024, citing a jury selection scheduled for March 5 in Spartanburg and a trial to follow. ECF No. 54. That trial is no longer expected to proceed to jury selection on March 5. The undersigned appreciates the Court's consideration of the request, which is no longer necessary.

                                    Respectfully submitted,

                                    ADAIR F. BOROUGHS
                                    UNITED STATES ATTORNEY

                        By:   <u>/s/Kathleen Michelle Stoughton</u>
                              Kathleen Michelle Stoughton (No. 12161)
                              Assistant United States Attorney
                              1441 Main Street, Suite 500
                              Columbia, SC 29201
                              Tel.:  (803) 929-3000
                              Fax:   (803) 929-3135
                              Email: Kathleen.Stoughton@usdoj.gov