IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 9:23-cr-00396-RMG |
| ) | |
| v. ) | |
| ) | |
| RICHARD ALEXANDER ) | |
| MURDAUGH ) | |

### AMENDED PRELIMINARY ORDER OF FORFEITURE AS TO RICHARD ALEXANDER MURDAUGH

This matter is before the court on the motion of the United States for an Amended Preliminary Order of Forfeiture as to Defendant Richard Alexander Murdaugh ("Murdaugh", "Defendant"), based upon the following:

1. On May 23, 2023, an Indictment ("Indictment") was filed charging Murdaugh with;

   Count 1:    Conspiracy to commit wire fraud and bank fraud, in violation of 18 U.S.C. §§ 1343, 1344 and 1349;

   Count 2:    Bank fraud, in violation of 18 U.S.C. § 1344;

   Counts 3-7:    Wire fraud, in violation of 18 U.S.C. § 1343;

   Count 8:    Conspiracy to commit wire fraud, in violation of 18 U.S.C. §§ 1343 and 1349; and,

   Counts 9-22: Money laundering, in violation of 18 U.S.C. § 1956.

2.  Pursuant to Fed. R. Crim. P. 32.2(a), the Indictment contained a forfeiture allegation providing that upon Murdaugh's conviction, certain properties enumerated therein, or equivalent substitute assets, would be subject to forfeiture to the United States. Such assets include, but are not limited to the following:

(1) Cash Proceeds/Forfeiture Judgment:[1]

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offenses charged in this Indictment, that is, a minimum of approximately $7,641,707.09 in United States currency, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to his violations of 18 U.S.C. §§ 1343, 1344, and 1349.

(2) Money Laundering/Forfeiture Judgment:

A sum of money equal to all property involved in the money laundering offenses charged in this Indictment, and all interest and proceeds traceable thereto, for which the Defendant is liable as the result of his violations of 18 U.S.C. § 1956.

3.  On September 21, 2023, Murdaugh pled guilty to Counts 1 through 22 of the Indictment and pursuant to a written plea agreement, agreed to the entry of a forfeiture judgment.

4.  Based upon Defendant's conviction, the court has determined that the property described above is subject to forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), 982(a)(1), and 982(a)(2), and 28 U.S.C. § 2461(c).

---

[1] The government is pursuing a $10,034,377.95 forfeiture judgment against the Defendant.

5. On September 22, 2023, this court entered a Preliminary Order of Forfeiture and ordered a $9,000,000.00 forfeiture judgment against the Defendant. The government now seeks a forfeiture judgment in the amount of $10,034,377.95 which represents the Defendant's ill-gotten gains.

6. On April 1, 2024, this court sentenced the Defendant to 480 months imprisonment and ordered him to pay $8,762,731.88 in restitution.

7. Based upon Defendant's conviction, the court has determined that the government has established the requisite nexus between the amount of proceeds and the offenses for which Murdaugh has been convicted; therefore, the United States is entitled to an amended preliminary order of forfeiture, subject to the provisions of 21 U.S.C. § 853 governing third party rights. The court has determined that the property described above is subject to forfeiture, pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C), 982(a)(1), and 982(a)(2), and 28 U.S.C. § 2461(c).

Therefore, it is ORDERED that all property, real or personal, which constitutes, is traceable, or is derived from proceeds traceable to the Defendant's violations of 18 U.S.C. §§ 1343, 1344, 1349, and 1956 are subject to forfeiture.

8. The Court further finds that one or more of the conditions set forth in Title 21, United States Code, Section 853(p), exists.

9. It is, therefore, ORDERED that the United States is entitled to forfeit substitute assets equal to the value of the proceeds obtained by Defendant Murdaugh as a result of his violations of 18 U.S.C. §§ 1343, 1344, 1349, and 1956, and that such substitute assets shall not exceed the value of the proceeds Defendant obtained.

Accordingly, it is hereby **ORDERED,**

1. The below-described property, and all rights, title, and interest of the Defendant, Richard Alexander Murdaugh, in and to such property, is hereby forfeited to the United States of America, for disposition in accordance with law.

2. FORFEITURE IS ORDERED against Murdaugh and in favor of the United States for $10,034,377.95. The United States may at any time move pursuant to Rule 32.2(e) to amend this Order to substitute property to satisfy the forfeiture judgment.

3. The United States may seize, sell or otherwise dispose of any substitute assets in accordance with law as required to satisfy the above imposed forfeiture judgment.

4. Upon the entry of this Order, the United States Attorney is authorized to conduct proper discovery in identifying, locating, or disposing of the described property, or other substitute assets, in accordance with Fed. R. Crim. P. 32.2(b)(3); and to commence proceedings that comply with statutes governing third party rights, if applicable.

5. The government is not required to publish notice regarding the personal forfeiture judgment against Defendant; however, the Order shall be recorded in the records of the County Clerk's Office in the County of the debtor's residence, place of business, and any and all other counties in which the debtor has either real or personal property, as a lien thereon.

6. Upon entry of the criminal judgment, this Order becomes final as to Defendant, and shall be made a part of the sentence and included in the criminal

judgment.

7.     The court shall retain jurisdiction to enforce this Order and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

8.     The Clerk, United States District Court, shall provide one (1) certified copy of this Order to the United States Attorney's Office.

AND IT IS SO ORDERED.

s/ Richard Mark Gergel  
RICHARD M. GERGEL  
UNITED STATES DISTRICT JUDGE

April 4, 2024  
Charleston, South Carolina