IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.: 9:23-cr-0396-RMG |
| vs. | **NOTICE OF APPEAL** |
| RICHARD ALEXANDER MURDAUGH | |
| Defendant. | |

Notice is hereby given that Richard Alexander Murdaugh, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from judgment of sentence entered in this action on April 1, 2024.

Respectfully Submitted,

By: *s/ James M. Griffin*
James M. Griffin, Esq., Fed. ID No. 1053
Margaret N. Fox, Esq., Fed. ID No. 10576
GRIFFIN HUMPHRIES, LLC
4408 Forest Dr., Suite 300 (29206)
Post Office Box 999
Columbia, South Carolina, 29202
(803) 744-0800
jgriffin@griffinhumphries.com
mfox@griffinhumphries.com

Richard A. Harpootlian, Esq., Fed. ID No. 1730
Phillip D. Barber, Esq., Fed. ID No. 12816
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
Post Office Box 1090
Columbia, South Carolina 29202
(803) 252-4848
rah@harpootlianlaw.com
pdb@harpootlianlaw.com

ATTORNEYS FOR DEFENDANT

Columbia, South Carolina
April 15, 2024